# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand fifteen,

_____

United States of America,

    Appellee,

v.

Marquis Jacobs,

    Defendant-Appellant.

_____

**ORDER**
15-1378

On July 15, 2015 an order issued, in error, setting a filing date for Appellant's brief.

IT IS HEREBY ORDERED that the July 15, 2015 order is vacated.

                                              Catherine O'Hagan Wolfe
                                              Clerk of Court

